# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>　　　　Plaintiff,<br>v.<br><br>SOUTHWEST VIRGINIA REGIONAL JAIL AUTHORITY; STEPHEN CLEAR, Superintendent, in his individual and official capacities; and DOES 1-10, in their individual and official capacities,<br><br>　　　　Defendants. | Civil Action No. 1:18-cv-00013-JPJ-PMS<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

Pursuant to Federal Rule of Civil Procedure 65, and for the reasons set forth in the accompanying memorandum, Plaintiff Human Rights Defense Center ("Plaintiff"), by and through its attorneys, respectfully hereby moves this Court for a preliminary injunction enjoining Defendants—the Southwest Virginia Regional Jail Authority, Stephen Clear, and Does 1-10 (collectively "Defendants")—from violating Plaintiff's constitutional rights by improperly censoring publications and correspondence mailed by Plaintiff to persons incarcerated in the Southwest Virginia Regional Jail Authority's facilities, and by failing to provide Plaintiff with proper notice of such censorship. A proposed order is attached hereto as Exhibit 1.

DATED: March 29, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ Sean M. Douglass
　　　　　　　　　　　　　　　　　　　　WILLIAMS & CONNOLLY LLP
　　　　　　　　　　　　　　　　　　　　Thomas G. Hentoff*
　　　　　　　　　　　　　　　　　　　　Sean M. Douglass (Va. Bar No. 83835)
　　　　　　　　　　　　　　　　　　　　Chelsea T. Kelly*
　　　　　　　　　　　　　　　　　　　　725 Twelfth Street NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005

Telephone: (202) 434-5000
Fax: (202) 434-5029
thentoff@wc.com
sdouglass@wc.com
ckelly@wc.com

DAVIS WRIGHT TREMAINE LLP
Bruce E. H. Johnson*
Suite 2200
1201 Third Avenue
Seattle, Washington 98101-3045
Telephone: (206) 757-8069
brucejohnson@dwt.com

HUMAN RIGHTS DEFENSE CENTER
Sabarish Neelakanta*
Masimba Mutamba*
Daniel Marshall*
P.O. Box 1151
Lake Worth, FL 33460
Telephone: (561) 360-2523
sneelakanta@hrdc-law.org
mmutamba@hrdc-law.org
dmarshall@hrdc-law.org

*Attorneys for Plaintiff Human Rights Defense Center*

*Pro hac vice* applications to be filed.

## CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of March 2018, I electronically filed the foregoing Motion, along with the Declaration of Paul Wright, and the Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunctive Relief, with the Clerk of Court using the CM/ECF system. I will cause all of the aforementioned documents to be served on Defendants—the Southwest Regional Jail Authority and Stephen Clear—along with the Complaint.

                                         s/ Sean M. Douglass
                                            Sean M. Douglass (Va. Bar No. 83835)
                                            WILLIAMS & CONNOLLY LLP
                                            725 Twelfth Street, N.W.
                                            Washington, DC 20005
                                            (202) 434-5000
                                            sdouglass@wc.com