CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

APR 19 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| HUMAN RIGHTS DEFENSE CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-13 |
| | ) | |
| SOUTHWEST VIRGINIA REGIONAL JAIL AUTHORITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the court is a Consent Motion for Extension filed by defendants the Southwest Virginia Regional Jail Authority and Stephen Clear (collectively "SWVRJ") requesting additional time to respond to the Complaint and Motion for Preliminary Injunction filed by the plaintiff. The plaintiff does not object to an extension. For the reasons set forth in SWVRJ's motion and for good cause shown, it is hereby **ORDERED** that SWVRJ's motion is **GRANTED**.

SWVRJ shall have through and including May 29, 2018 in which to respond to the Complaint and Motion for Preliminary Injunction

It is **SO ORDERED**.

ENTER: April 19, 2018

/s/ James P. Jones
Hon. James P. Jones
United States District Judge